IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| WATCHIT TECHNOLOGIES, INC., § § Plaintiff, § § -against- § § BIG APPLE CONSULTING USA, INC., § MJMM INVESTMENTS, LLC, DONALD § WOOD, DENNIS STEINMETZ, § BRANDON WOOD, MARC JABLON, § AND MARK C. KALEY, ESQ., § § Defendants. § § | CIVIL ACTION NO. 1:08-CV-00051 |

**ORDER GRANTING PLAINTIFF'S APPLICATION FOR
TEMPORARY RESTRAINING ORDER AND NOTICE OF HEARING**

This matter was heard on February 21, 2008 in the United States District Court, for the Western District of North Carolina. Upon consideration of the Application for Temporary Restraining Order filed by WatchIt Technologies, Incorporated ("Plaintiff"), the Court, having considered the papers, pleadings, and arguments of counsel, finds that Plaintiff's Application for Temporary Restraining Order should be granted.

The Court finds that the burden of hardships tilts decidedly in favor of Plaintiff and that the hardships imposed upon Defendants would be negligible. The Court also finds that, at this stage in the litigation, Plaintiff has demonstrated a likelihood of success on the merits. Further, the Court finds that the public interest would be served by litigating this matter, rather than exchanging public statements. The public interest would be served in particular where public statements include filings with the Securities and Exchange Commission, and this order would

protect the integrity of that process. It also appears that immediate and irreparable injury, loss, or damage will result to Plaintiff before notice can be served and a hearing had thereon for which Plaintiff will not have an adequate remedy at law. It is, therefore;

ORDERED, ADJUDGED AND DECREED that Plaintiff's Application for Temporary Restraining Order is hereby granted and the clerk of this Court shall issue a Temporary Restraining Order and Notice of Hearing to be served without delay as ordered herein; it is further;

ORDERED, ADJUDGED AND DECREED that Defendants and their officers, agents, servants, employees, representatives and all persons acting in concert or participation with them with actual or constructive notice thereof by personal service or otherwise (collectively, the "Restrained Persons") are hereby restrained and enjoined from: (i) making any public statements in which the Restrained Persons purport to be speaking on behalf of WatchIt; (ii) from making any further attempts to have WatchIt's transfer agent issue or cancel shares of WatchIt stock; (iii) from instructing any third parties to take any action whatsoever regarding WatchIt, and (iv) from inhibiting, infringing, delaying, or interfering with Plaintiff's ability and right to act as the Board of Directors of WatchIt; it is further

ORDERED, ADJUDGED AND DECREED that this Temporary Restraining Order shall have no effect until Plaintiff files with the clerk of this Court a bond or cash deposit in lieu of a bond in the amount of $ 1,000.00, approved by the clerk of this Court; it is further

ORDERED, ADJUDGED AND DECREED that a hearing on Plaintiff's Application for a Preliminary Injunction is hereby scheduled for the 29th day of February, 2008, at 11 o'clock, a.m. before the Honorable Lacy H. Thornburg, in the United States Federal Courthouse, 100 Otis Street, Asheville, North Carolina 28801, Courtroom 1.

Signed: February 22, 2008

Graham C. Mullen
United States District Judge