# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL NO. 1:08CV51

| | |
|---|---|
| WATCHIT TECHNOLOGIES, INC., ) </br> ) </br> Plaintiff, ) </br> ) </br> Vs. ) </br> ) </br> BIG APPLE CONSULTING USA, INC.; ) </br> MJMM INVESTMENTS, L.L.C.; ) </br> DONALD WOOD; DENNIS ) </br> STEINMETZ; BRANDON WOOD; ) </br> MARC JABLON; and MARK C. ) </br> KALEY, ESQ., ) </br> ) </br> Defendants. ) </br> ) | **O R D E R** |

**THIS MATTER** is before the Court on the Defendants' motions for admission *pro hac vice* of Alan S. Gilbert and Jeffery S. Davis, to appear as counsel in this matter.

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that Defendants' motions are **ALLOWED**, and Alan S. Gilbert and Jeffery S. Davis, are hereby granted special admission to the bar of this Court, payment of the admission fee by each having been received by the Clerk of this Court.

Signed: February 27, 2008

Lacy H. Thornburg
United States District Judge