# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION

### CIVIL NO. 1:08CV51

| | |
|---|---|
| WATCHIT TECHNOLOGIES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | **O R D E R** |
| ) | |
| BIG APPLE CONSULTING USA, INC.; ) | |
| MJMM INVESTMENTS, L.L.C.; ) | |
| DONALD WOOD; DENNIS ) | |
| STEINMETZ; BRANDON WOOD; ) | |
| MARC JABLON; and MARK C. ) | |
| KALEY, ESQ., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER** is before the Court on the parties' joint motion for stay, continuance of the hearing on the motion for a preliminary injunction scheduled on Friday, March 7, 2008, and modification and extension of the Temporary Restraining Order entered herein on February 22, 2008.

For the reasons stated in the motion and all parties having consented to the relief requested,

**IT IS, THEREFORE, ORDERED** that the joint motion to stay is **ALLOWED**, and proceedings in this case are hereby stayed to and including March 21, 2008.

**IT IS FURTHER ORDERED** that the joint motion to continue the hearing scheduled for March 7, 2008, on the motion for preliminary injunction is **ALLOWED**, and such hearing is **CONTINUED** to Friday, March 21, 2008, at 11:00 AM.

**IT IS FURTHER ORDERED** that the joint motion to modify the Temporary Restraining Order entered on February 22, 2008, is **ALLOWED**, and such Order is hereby modified to include the following language:

> This Order in no way limits, prohibits, or restricts any of Defendants' rights or remedies at law or equity accruing under WatchIt Technologies, Inc.'s organizational documents, contracts, or otherwise in Defendants' capacity as stockholders or creditors of WatchIt Technologies, Inc.

All remaining terms and conditions of the Temporary Restraining Order remain in full force and effect.

**IT IS FURTHER ORDERED** that the parties' joint request for an extension of the Temporary Restraining Order is **ALLOWED**, and the

Temporary Restraining Order entered herein is hereby **EXTENDED** through March 21, 2008, with the consent of the Defendants.

Signed: March 5, 2008

Lacy H. Thornburg
United States District Judge