# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL NO. 1:08CV51

| | |
|---|---|
| WATCHIT TECHNOLOGIES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | **O R D E R** |
| ) | |
| BIG APPLE CONSULTING USA, INC.; ) | |
| MJMM INVESTMENTS, L.L.C.; ) | |
| DONALD WOOD; DENNIS ) | |
| STEINMETZ; BRANDON WOOD; ) | |
| MARC JABLON; and MARK C. ) | |
| KALEY, ESQ., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER** is before the Court on a motion by Plaintiff WatchIt Technologies, Inc., requesting the Court to (1) stay the instant litigation, (2) extend the Court's earlier Temporary Restraining Order, and (3) continue the hearing currently scheduled for Friday, April 4, 2008.  **Plaintiff's Second Motion for Stay, Continuance of Hearing, and Extension of Modified Temporary Restraining Order, filed April 3, 2008.**  Plaintiff's motion indicates that Plaintiff has conferred with "proposed substitute counsel" for Defendants Big Apple Consulting USA, Inc.; MJMM

Investments, LLC; Donald Wood; Dennis Steinmetz; Brandon Wood; Marc Jablon; and Mark C. Kaley, Esq.; and that Defendants' proposed substitute counsel concur in the request for the proposed extension of time.

The Court finds that the reasons stated in the motion are persuasive, and it should be allowed. The Court notes, however, that this Order represents the fourth rescheduling of the preliminary injunction hearing and the third extension of the Temporary Restraining Order. **See Order, filed March 21, 2008; Order, filed March 6, 2008; Order, filed February 28, 2008.** Future requests for continuance of these matters will not be looked upon favorably by the Court.

**IT IS, THEREFORE, ORDERED** that the instant litigation is hereby **STAYED** until April 18, 2008.

**IT IS FURTHER ORDERED** that the Court's Temporary Restraining Order of February 22, 2008, as modified on March 6, 2008, is hereby **EXTENDED** up to and including April 18, 2008. All other terms and conditions of the Temporary Restraining Order remain in full force and effect.

**IT IS FURTHER ORDERED** that the hearing scheduled for Friday, April 4, 2008, is hereby rescheduled for Friday, April 18, 2008, at 11:00 AM, in Asheville, North Carolina.

Signed: April 3, 2008

Lacy H. Thornburg
United States District Judge