# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL NO. 1:08CV51

| | |
|---|---|
| WATCHIT TECHNOLOGIES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | **O R D E R** |
| ) | |
| BIG APPLE CONSULTING USA, INC.; ) | |
| MJMM INVESTMENTS, L.L.C.; ) | |
| DONALD WOOD; DENNIS ) | |
| STEINMETZ; BRANDON WOOD; ) | |
| MARC JABLON; and MARK C. ) | |
| KALEY, ESQ., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER** is before the Court on an "Emerge[ncy] Motion for Stay, Continuance of Hearing and Extension of Modified Temporary Restraining Order," filed by Defendants Big Apple Consulting USA, Inc., Marc Jablon, and Marc C. Kaley on April 17, 2008. Defendants Donald Wood, Brandon Wood, and Dennis Steinmetz have not joined in the motion.

The motion requests a preservation of the status quo in this case for another two weeks. It states that the Plaintiff does not oppose a one-week stay.

The Court has continued this matter numerous times at the parties' request. Past motions for continuance have routinely cited ongoing settlement negotiations as the principal reason for delay. The instant motion presents no new or different reasons for continuance, merely stating that these negotiations are still ongoing. In light of this fact, the Court will exercise its discretion to deny the renewed motion for continuance.

**IT IS, THEREFORE, ORDERED** that Defendants' Emergency Motion is hereby **DENIED**.

Signed: April 18, 2008

Lacy H. Thornburg
United States District Judge