# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL NO. 1:08CV51

| | |
|---|---|
| WATCHIT TECHNOLOGIES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | **PRELIMINARY INJUNCTION** |
| ) | |
| BIG APPLE CONSULTING USA, INC.; ) | |
| MJMM INVESTMENTS, L.L.C.; ) | |
| DONALD WOOD; DENNIS ) | |
| STEINMETZ; BRANDON WOOD; ) | |
| MARC JABLON; and MARK C. ) | |
| KALEY, ESQ., ) | |
| ) | |
| Defendants. ) | |
| ) | |

For the reasons stated in the Memorandum and Order filed contemporaneously herewith,

**IT IS, THEREFORE, ORDERED** that Plaintiff's motion for preliminary injunctive relief is **GRANTED**;

**IT IS FURTHER ORDERED** that Defendants and their officers, agents, servants, employees, representatives and all persons acting in concert or participation with them with actual or constructive notice thereof by personal service or otherwise (collectively, the "Restrained Persons")

are hereby restrained and enjoined from: (i) making any public statements in which the Restrained Persons purport to be speaking on behalf of WatchIt; (ii) making any further attempts to have WatchIt's transfer agent issue or cancel shares of WatchIt stock; (iii) instructing any third parties to take any action whatsoever regarding WatchIt, and (iv) inhibiting, infringing, delaying, or interfering with Plaintiff's ability and right to act as the Board of Directors of WatchIt;

**IT IS FURTHER ORDERED** that this Order shall not be construed to limit, prohibit, or restrict any of Defendants' rights or remedies at law or equity accruing under WatchIt's organizational documents, contracts, or otherwise in Defendants' capacity as stockholders and/or creditors of Plaintiff.

**IT IS FURTHER ORDERED** that the $1,000 cash deposit filed by Plaintiff in lieu of a bond pursuant to the Temporary Restraining Order shall be deemed sufficient security for purposes of this Preliminary Injunction.

**IT IS FURTHER ORDERED** that this Preliminary Injunction shall remain in full force and effect until further Order of this Court.

3

Signed: April 25, 2008

Lacy H. Thornburg
United States District Judge