# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL NO. 1:08CV51

| | |
|---|---|
| **WATCHIT TECHNOLOGIES, INC.,** *et al.,* ) ) ) **Plaintiffs,** ) ) **vs.** ) ) **BIG APPLE CONSULTING USA, INC.,** *et al.,* ) ) ) **Defendants.** ) ) | **O R D E R** |

**THIS MATTER** is before the Court on the Defendants' motion for admission *pro hac vice* of David H. Popper, to appear as counsel in this matter.

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that Defendants' motion is **ALLOWED**, and David H. Popper is hereby granted special admission to the bar of this Court, payment of the admission fee having been received by the Clerk of this Court.

2

Signed: August 18, 2009

Lacy H. Thornburg
United States District Judge