IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:08cv51

| | | |
|---|---|---|
| WATCHIT TECHNOLOGIES, INC., *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| Vs. | ) ) ) | 1:08cv51 |
| BIG APPLE CONSULTING USA, INC., *et al.*, | ) ) ) ) ) | |
| Defendants. | ) ) | ORDER |
| BIG APPLE CONSULTING USA, INC., *et al.*, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| Vs. | ) ) ) | 1:09cv299 |
| FRANK A. MOODY, II, | ) ) | |
| Defendant. | ) ) | |
| BIG APPLE CONSULTING USA, INC., *et al.*, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| Vs. | ) ) ) | 1:09cv300 |
| WATCHIT TECHNOLOGIES, INC., *et al.*, | ) ) ) ) | |
| Defendants. | ) ) | |

**THIS MATTER** is before the court on the WatchIt parties' Motion to Set Aside Entry of Default. Having considered the WatchIt parties' motion and reviewed the pleadings, and good cause having been shown for the proposed relief and it appearing that such parties have appeared through counsel and are prepared to resolve this action on the merits, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the WatchIt parties' Motion to Set Aside Entry of Default (#73) is **GRANTED,** and default as to Watchit Technologies, Inc., Stratford Financial Resources, LLC, and Scenic Marketing, LLC, is **SET ASIDE**. Such parties are **ALLOWED** up to and inclusive of November 30, 2009, to so answer or otherwise respond if they have not done so already.

```
                                        Signed: November 13, 2009
```

Dennis L. Howell
United States Magistrate Judge