# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:08cv51

| | | |
|---|---|---|
| WATCHIT TECHNOLOGIES, INC., *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| Vs. | ) ) ) | 1:08cv51 |
| BIG APPLE CONSULTING USA, INC., *et al.*, | ) ) ) ) ) | |
| Defendants. | ) ) ) | ORDER |
| BIG APPLE CONSULTING USA, INC., *et al.*, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| Vs. | ) ) ) | 1:09cv299 |
| FRANK A. MOODY, II, | ) ) | |
| Defendant. | ) ) ) | |
| BIG APPLE CONSULTING USA, INC., *et al.*, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| Vs. | ) ) ) | 1:09cv300 |
| WATCHIT TECHNOLOGIES, INC., *et al.*, | ) ) ) ) | |
| Defendants. | ) ) ) | |

**THIS MATTER** is before the court on the consent Motion to Stay Deadlines Pending Rule 41(a) Dismissal. Having considered the consent motion and reviewed the pleadings, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that the consent Motion to Stay Deadlines Pending Rule 41(a) Dismissal (#75) is **GRANTED,** and all deadlines are **STAYED** up to and inclusive of December 14, 2009.

Signed: December 1, 2009

*Dennis L. Howell*
Dennis L. Howell
United States Magistrate Judge