UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
DOCKET NO. 1:08cv51

| | |
|---|---|
| **WATCHIT TECHNOLOGIES, INC.,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| **BIG APPLE CONSULTNIG USA, INC.,** et al, | ) |
| | ) CLERK'S ORDER OF DISBURSEMENT |
| Defendant. | ) |

This matter is before the Clerk for purposes of disbursing the bond monies on deposit with the Clerk. A bond in the amount of $1,000.00 was posted by Plaintiff Wachit Technologies, Inc. on February 22, 2008, (docket entery 36).

An audit of the court's accounts revealed this matter was dismissed with prejudice on December 29, 2009, thus closing the case.

Therefore, the bond in the amount of $1,000.00 shall be returned to Plaintiff Watchit Technologies, Inc.

So ORDERED this 22nd day of August, 2013.

Signed: August 22, 2013

Frank G. Johns, Clerk
United States District Court